No. 77–1320. WILLIAMS *v.* NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 77–1323. HUBBARD BROADCASTING, INC., ET AL. *v.* AMMERMAN ET AL. Ct. App. N. M. Certiorari denied.

No. 77–1333. THORSTAD *v.* NORTH DAKOTA. Sup. Ct. N. D. Certiorari denied.

No. 77–1335. INTERSTATE PROPERTIES ET AL. *v.* BECKER ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–1348. CONNECTICUT *v.* PENLAND. Sup. Ct. Conn. Certiorari denied.

No. 77–1353. OWENDALE-GAGETOWN SCHOOL DISTRICT *v.* STATE BOARD OF EDUCATION ET AL. Ct. App. Mich. Certiorari denied.

No. 77–1361. CALVERT FIRE INSURANCE Co. *v.* AMERICAN MUTUAL REINSURANCE Co. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–1362. VE-RI-TAS, INC., ET AL. *v.* ADVERTISING REVIEW COUNCIL OF METROPOLITAN DENVER, INC., ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–1365. DACEY *v.* HOUSE ET AL.; and DACEY *v.* DORSEY. C. A. 2d Cir. Certiorari denied.

No. 77–1368. DONDICH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.